PD-0955-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/31/2015 9:55:29 AM
Accepted 7/31/2015 12:15:50 PM
ABEL ACOSTA
CLERK



**Rosemary Lehmberg ✶ Travis County District Attorney**
P.O. Box 1748 Austin, Texas 78767 • Telephone: 512-854-9400 • Fax: 512-854-9695

July 31, 2015
Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RE:  PD-0955-15
     COA No. 13-14-00087-CR
     Tr. Ct. No. D-1-DC-13-904031
     *Ross Allen Hartwell v. State*

To the Honorable Court of Criminal Appeals:

The State would like to inform the court that the court of appeals denied

the defendant's *pro se* motion for rehearing on 7/30/15.

Respectfully submitted,

FILED IN
COURT OF CRIMINAL APPEALS

July 31, 2015

ABEL ACOSTA, CLERK

**Angie Creasy**
Assistant District Attorney
State Bar No. 24043613
P.O. Box 1748

1

Austin, Texas 78767
(512) 854-9400
Fax (512) 854-4206
Angie.Creasy@co.travis.tx.us
AppellateTCDA@co.travis.tx.us

## Certificate of Service

I hereby certify that this letter contains 32 words. I further certify that, on the 31st day of July, 2015, a copy of this letter was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to:

Paul M. Evans
Attorney for the Defendant
811 Nueces Street, Austin, Texas 78701

Lisa McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711-3046

**Angie Creasy**